Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Ryann E. Hall (SBN: 306080)
rhall@bohmlaw.com
**BOHM LAW GROUP, INC.**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone: 866.920.1292
Facsimile:  916.927.2046
Email: BLG000248@bohmlaw.com

V. James DeSimone (SBN: 119668)
vjdesimone@gmail.com
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone: 310.693.5561
Facsimile:  323.544.6880

Attorneys for Plaintiffs,
SHERI GRAVES, Executor and Individually,
and ACH, a minor, by and through his guardian ad litem

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GRAVES, an Individual; A.C.H. a minor, by and through his guardian ad litem;<br><br>    Plaintiff,<br><br>v.<br><br>LA KENYA E. WHITMORE; CONG L. TANG, SHAREE BROWN, SAUL HERNANDEZ, G. PRECIADO; and DOES 4 through 10, inclusive,<br><br>    Defendants. | Case No.: 5:17-cv-01086-JGB-SP<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>*Assigned to Honorable Jesus G. Bernal for All Purposes; Courtroom 1*<br><br>Action Filed: May 31, 2017 |

1

**Notice of Settlement**
*Graves v. Whitmore, et al.*
Case No.: 5:17-cv-01086-JGB-SP

Lawrance A. Bohm, Esq.
V. James DeSimone, Esq.
Ryann E. Hall, Esq.

**TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD**:

Plaintiffs Sheri Graves and A.C.H., a minor, by and through his Guardian ad Litem, Robert Clemons, and Defendants La Kenya E. Whitmore, Sharee Brown[1], Guadalupe Preciado, and Saul Hernandez, through their respective counsel of record, hereby notify this Court that this case has been settled. The Parties respectfully request the Court vacate all pending dates. Plaintiffs anticipate filing a minor's compromise petition within the next four weeks. The parties anticipate filing a stipulation of voluntary dismissal of all parties and the entire action with prejudice soon after the petition is approved.

Date: October 5, 2021

By: _____
LAWRANCE A. BOHM, ESQ.
RYANN E. HALL, ESQ.
V. JAMES DESIMONE, ESQ.
Attorneys for Plaintiffs,
SHERI GRAVES and A.C.H.

Date:   October 5, 2021

ROB BONTA Attorney General of California
ALICIA A. BOWER Supervising Deputy Attorney General

_____
ARTHUR B. MARK III
Deputy Attorney General
Attorneys for Defendants
L. Whitmore, S. Brown, G. Preciado and S. Hernandez

---

[1] Also named herein as "Doe" Brown.

2

Notice of Settlement
*Graves v. Whitmore, et al.*
Case No.: 5:17-cv-01086-JGB-SP

Lawrance A. Bohm, Esq.
V. James DeSimone, Esq.
Ryann E. Hall, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834