Lawrance A. Bohm (SBN: 208716)
**lbohm@bohmlaw.com**
Ryann E. Hall (SBN: 306080)
**rhall@bohmlaw.com**
**BOHM LAW GROUP, INC.**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone: 866.920.1292
Facsimile:  916.927.2046
Email: **BLG000248@bohmlaw.com**

V. James DeSimone (SBN: 119668)
**vjdesimone@gmail.com**
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone: 310.693.5561
Facsimile:  323.544.6880

Attorneys for Plaintiff,
SHERI GRAVES, Executor and Individually

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GRAVES, an Individual; A.C.H. a minor, by and through his guardian ad litem;<br><br>　　Plaintiff,<br><br>v.<br><br>LA KENYA E. WHITMORE; CONG L. TANG, DOE BROWN; and DOES 1 through 50, inclusive,<br><br>　　Defendants. | Case No.: 5:17-cv-01086-JGB-SP<br><br>**DECLARATION OF V. JAMES DESIMONE, ESQ. IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION TO MODIFY THE PROTECTIVE ORDER AND DEDESIGNATE CONFIDENTIAL MATERIALS**<br><br>Date: February 7, 2022<br>Time: 9:00 a.m.<br><br>*Assigned to Honorable Jesus G. Bernal for All Purposes; Courtroom 1*<br><br>Action Filed: May 31, 2017 |

1

**DECLARATION OF V. JAMES DESIMONE, ESQ. ISO PLAINTIFFS' NOTICE OF MOTION TO MODIFY THE PROTECTIVE ORDER AND DEDESIGNATE CONFIDENTIAL MATERIALS**

*Graves v. CDCR dba California Institution for Women, et al.*　　　Lawrance A. Bohm, Esq.
Case No.: 5:17-cv-01086-JGB-SP　　　V. James DeSimone, Esq.

I, V. JAMES DESIMONE, ESQ., declare as follows:

1. I am an attorney at law and duly admitted to practice law before this Honorable Court. I am one of the attorneys on record for Plaintiffs, Sheri Graves and A.C.H., a minor, by and through his Guardian ad Litem, Robert L. Clemons, Jr., in the action within.

2. If called and sworn as a witness in this matter, I could and would be able to testify competently of my own personal knowledge as to the truth of the matters set forth in this declaration.

3. I submit this declaration in support of the previously filed Motion to Modify the Protective Order and Dedesignate Confidential Materials.

4. On November 23, 2021, Plaintiffs sent a meet and confer letter regarding modification of the Stipulated Protective Order, dated February 12, 2019, to opposing Counsel, Arthur Mark and Alice Siegal, Deputy Attorney Generals with the California Department of Justice.

5. On December 3, 2021, counsel for Plaintiffs and Defendants met, via telephonic conference, to discuss Plaintiffs' desire to remove the confidential designation of certain discovery materials, including for the purposes of creating a 15-minute video for Sheri Graves's forthcoming presentation to CDCR's Gender Responsive Workgroup, as part of the nonmonetary relief granted to her under the settlement agreement, as well as for broader advocacy purposes. Defendants' counsel requested greater specificity as to what particular evidence Plaintiffs would want to see dedesignated.

6. On December 8, 2021, Plaintiffs' counsel responded with a list, identifying each discovery material for which dedesignation is being sought as well as a short description of each item. Plaintiffs amended this list slightly in a follow up letter, dated December 14, 2021.

7. Defendants' counsel clarified the confidentiality status of certain materials in an email dated December 22, 2021 and also informed Plaintiffs that

2

**DECLARATION OF V. JAMES DESIMONE, ESQ. ISO PLAINTIFFS' NOTICE OF MOTION TO MODIFY THE PROTECTIVE ORDER AND DEDESIGNATE CONFIDENTIAL MATERIALS**

*Graves v. CDCR dba California Institution for Women, et al.*   Lawrance A. Bohm, Esq.
Case No.: 5:17-cv-01086-JGB-SP   V. James DeSimone, Esq.

1 CDCR would be treating Plaintiffs' request for disclosure of additional discovery materials as pursuant to the Public Records Act. The email stated that CDCR had already begun processing the materials, with a received date of December 20, 2021, that Plaintiffs' counsel would be contacted by the Public Records Act Portal to work together on this request, and that CDCR's response to this request would be issued by December 30, 2021. To date, Plaintiffs have received no communication from CDCR or the Public Records Act Portal regarding this matter.

8. On January 4, 2022, Plaintiffs sent a letter to Defendants informing Defendants that because meet and confer efforts resulted in no additional disclosures to date, that Plaintiffs would proceed with filing this foregoing Motion, offering to meet again if Defendants' counsel felt future dialogue could remove the necessity of this Court's intervention.

9. Defendants responded in a letter, dated January 7, 2022, expressing their willingness to allow disclosure of these materials for the limited purpose of the presentation video mentioned herein, but not for broader public advocacy efforts. This letter made clear that the parties' meet and confer efforts had reached an impasse such that a resolution satisfying both parties would not be possible without this Honorable Court's involvement.

10. Plaintiff Sheri Graves intends to use materials currently designated as "CONFIDENTIAL" in her upcoming video presentation to the Gender Responsive Strategies Workgroup, including audio and video recordings of interviews conducted as part of the Internal Affairs investigation into the murder of Shaylene Graves. Plaintiff Sheri Graves also seeks to utilize these materials for broader advocacy efforts to raise awareness of inter-inmate domestic violence issues and CDCR's duty to protect inmates in its custody, as well as to promote policies that improve practices and protocols within California prisons to ensure that these types of preventable in-custody deaths never happen again.

///

**DECLARATION OF V. JAMES DESIMONE, ESQ. ISO PLAINTIFFS' NOTICE OF MOTION TO MODIFY THE PROTECTIVE ORDER AND DEDESIGNATE CONFIDENTIAL MATERIALS**

*Graves v. CDCR dba California Institution for Women, et al.*   Lawrance A. Bohm, Esq.
Case No.: 5:17-cv-01086-JGB-SP   V. James DeSimone, Esq.

11. Plaintiffs agree to redact all names and blur all faces in any of the materials for which they are seeking dedesignation in the foregoing Motion, should this Court deem such measures necessary for enabling disclosure.

12. In the filing of this Motion, Plaintiffs inadvertently filed Exhibit A, which contains the names of those interviewed in the course of the aforementioned Internal Affairs investigation. Plaintiffs request that said Exhibit be filed under seal.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 11th day of January 2022, in Los Angeles, California.

_____
V. JAMES DESIMONE, ESQ.

**DECLARATION OF V. JAMES DESIMONE, ESQ. ISO PLAINTIFFS' NOTICE OF MOTION TO MODIFY THE PROTECTIVE ORDER AND DEDESIGNATE CONFIDENTIAL MATERIALS**

*Graves v. CDCR dba California Institution for Women, et al.*      Lawrance A. Bohm, Esq.
Case No.: 5:17-cv-01086-JGB-SP                                      V. James DeSimone, Esq.