UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GRAVES, an Individual; A.C.H. a minor, by and through his guardian ad litem;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LA KENYA E. WHITMORE; CONG L. TANG, DOE BROWN; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 5:17-cv-01086-JGB-SP<br><br>*Assigned to Honorable Jesus G. Bernal for All Purposes; Courtroom 1*<br><br>**REVISED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM**<br><br>Date: March 1, 2022<br>Time: 10:00 a.m.<br><br>Action Filed: May 31, 2017 |

　　The Court, having considered the Petition and all papers filed therewith, and good cause appearing, GRANTS Plaintiff's Petition.

　　Defendants shall purchase an annuity from MetLife Assignment Company, Inc. for the minor which will yield a total payout of $1,255,000.00 to be paid on the dates listed below in the following amounts:

1. **Period Certain Annuity:** $30,000.00 Payable Semi-Annually Guaranteed for 4 years, beginning on 07/10/2025, with last payment on 01/10/2029.

2. **Period Certain Annuity:** $1,500.00 Payable Monthly Guaranteed for 4 years, beginning on 07/10/2025, with last payment guaranteed on 06/10/2029.

1

3. **Period Certain Annuity:** $2,000.00 Payable Monthly Guaranteed for 4 years and 1 month, beginning on 07/10/2029, with last payment on 07/10/2033.

4. **Guaranteed Lump Sum:** $50,000.00 Lump Sum Payment on 07/10/2029.

5. **Guaranteed Lump Sum:** $50,000.00 Lump Sum Payment on 07/10/2031.

6. **Guaranteed Lump Sum:** $100,000.00 Lump Sum Payment on 07/10/2033.

7. **Guaranteed Lump Sum:** $645,000.00 Lump Sum Payment on 07/10/2035.

**Total investment**: $1,040,000.00

**Total payout**: $1,255,000.00

IT IS SO ORDERED.

Date: February 16, 2022

_____
United States District Court Judge