JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:17-cv-01086-JGB (SPx)  Date March 18, 2022

Title: Sheri Graves, et al. v. La Kenya E. Whitmore, et al.

Present: The Honorable Jesus G. Bernal, United States District Judge

| Maynor Galvez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

n/a  n/a

Proceedings:  ☐ In Court  ☒ In Chambers  ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 2/16/22 (Dkt. No. 203).

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer  MG